| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Willowood USA Holdings, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known): | 19-11079 |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Andy King<br>2544 Bridle Path Court<br>Cape Girardeau, MO 63701 | Andyk@willowoodusa.com<br>573) 339-9349 | Civil Litigation Circuit Court of Multnomah County, Oregon | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Brian D. Heinze<br>422 Jasmine Way<br>Roseburg, OR 97471 | Brianh@heinzeagconsulting.com<br>(541) 643-6746 | Civil Litigation Court of Chancery of the State of Delaware | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Joseph Middione, Jr<br>1667 W. Red Cloud Drive<br>Saint George, UT 84770 | JoeM@willowoodusa.com<br>(559) 288-5674 | Civil Litigation Circuit Court of Multnomah County, Oregon | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Key Bank, N.A.<br>1675 Broadway<br>Denver, CO 80202 | Timothy M. Swanson<br>tim.swanson@moyewhite.com<br>303.292.7954 | Substantially all assets | | $9,865,559.80 | Unknown | Unknown |
| Tree Line Capital Partners<br>101 California St., Ste 1700<br>San Francisco, CA 94111 | Lindsey Henrikson<br>lindsey.henrikson@lw.com<br>312.876.6538 | Substantially all assets | | $20,003,261.55 | Unknown | Unknown |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1