## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Willowood USA Holdings, LLC, *et al.*<br>EIN: 81-0829193,<br><br>     Debtors.[1] | Case No. 19-11079-KHT<br><br>Chapter 11 |

### ORDER GRANTING MOTION FOR ENTRY OF AN ORDER APPROVING STALKING HORSE BID PROTECTIONS FOR AGBIOME INNOVATIONS, INC.

This matter having come before the Court on the Motion for Entry of an Order Approving Stalking Horse Bid Protections for AgBiome Innovations, Inc. (the "**Bid Protections Motion**"),[2] pursuant to section 105(a) and 363 of title 11 of the United States Code; Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure; and Rule 6004-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Colorado, seeking entry of an order approving stalking horse bid protections for AgBiome Innovations, Inc. (the "**Additional Stalking Horse Bidder**"), and this Court finding that it has jurisdiction over this matter, and having considered the Objections to the Bid Protections Motion, and finding that the Bid Protections are reasonable, necessary, and appropriate because they were necessary to induce the Additional Stalking Horse Bidder to serve as stalking horse, and good and sufficient cause appearing therefor, it is hereby **ORDERED THAT:**.

1.  The Breakup Fee in the amount of $200,000 and Expense Reimbursement in the amount of $75,000 are **APPROVED**.

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their employer identification numbers, where applicable, are: Willowood USA Holdings, LLC (9193), Willowood USA, LLC (7337), Willowood, LLC, RightLine LLC (1429), Greenfields Holdings, LLC (5326), Greenfields Marketing Ltd.  The Debtors' corporate headquarters is located at 1350 17th Street, Suite 206 Denver, Colorado 80202.

[2] Capitalized terms used but not defined herein shall have the meaning provided in the Bid Protections Motion.

2.      Notwithstanding any provision in the order approving the Bidding Procedures Motion, the Additional Stalking Horse Bidder shall be entitled to receive the Breakup Fee and Expense Reimbursement, subject to the terms and conditions set forth in the AgBiome APA, provided that in no event will the Breakup Fee or Expense Reimbursement be paid absent an order approving the sale contemplated under the AgBiome APA.  Any Expense Reimbursement and/or Breakup Fee shall be paid from the proceeds arising from the consummation of any applicable Alternative Transaction (as defined in the AgBiome APA) free and clear of all liens and prior to any other distribution of such proceeds.

3.      Any objections to entry of this Bid Protections Order or the relief granted herein that have not been withdrawn, settled or waived and all reservations of rights included in such objections, are overruled in all respects on the merits.

DATED: <u>March 22, 2019</u>.                     BY THE COURT:

_____
The Honorable Kimberley H. Tyson
United States Bankruptcy Judge

2